Robert J. Beles Bar No. 41993
Law Offices of Beles & Beles
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorneys for *Petitioner*
JUAN GONZALEZ

United States District Court
Eastern District of California

| | |
|---|---|
| JUAN GONZALEZ,                      *Petitioner*, vs. FRED FOULK, Warden, High Desert State Prison, Susanville, California,                      *Respondent*. PEOPLE OF THE STATE OF CALIFORNIA,                      *Real Party in Interest*. | No. 2:14-cv-1397 CKD P  ORDER |

Good cause appearing, petitioner's motion to lift stay and amend (ECF No. 8) is GRANTED, and the Clerk of Court is directed to lift the administrative stay in this action. Petitioner is granted leave to amend his petition for writ of habeas corpus, which shall be filed within 30 days from the date of this order.

IT IS SO ORDERED.

Dated: August 4, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE