UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN GONZALEZ,<br><br>              Petitioner,<br><br>       v.<br><br>DAVID BAUGHMAN,<br><br>              Respondent. | No. 2:14-cv-01397-TLN-CKD (HC)<br><br><br><br>ORDER |

   Petitioner is a California state prisoner proceeding through counsel in this habeas corpus action filed pursuant to 28 U.S.C. § 2254. On May 16, 2019, the court stayed these proceedings to permit petitioner to exhaust available state court remedies. ECF No. 32. By the same order, petitioner was directed to file a motion to lift the stay within 30 days from the date of any decision by the California Supreme Court. To date, petitioner has not filed a motion to lift the stay. In light of the length of time that this case has been stayed, petitioner will be directed to file a status report indicating the present posture of petitioner's claims for relief in any state court proceeding.

/////

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that petitioner file a status report within 30 days from the date of this order advising the court of the present posture of any state court proceedings.

Dated: June 10, 2020

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/gonz1397.oscstay.docx

2