UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN GONZALEZ,<br><br>             Petitioner,<br><br>     v.<br><br>DAVID BAUGHMAN,<br><br>             Respondent. | No.  2:14-cv-01397-TLN-CKD P<br><br><br><br>ORDER |

Petitioner is a state inmate proceeding through counsel in this habeas corpus action filed pursuant to 28 U.S.C. § 2254.  This case was stayed on March 14, 2019 to allow petitioner to exhaust his state court remedies.  On September 12, 2022, counsel for petitioner filed a second status report.  Having reviewed the status report, the court directs petitioner to file a third status report within 90 days from the date of this order describing what state remedies, if any, remain available, and whether the pending federal habeas petition is rendered moot based on any state court action.  This case shall remain stayed pending further order of the court.

Accordingly, IT IS HEREBY ORDERED that petitioner shall file a third status report within 90 days from the date of this order.

Dated:  September 16, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/gonz1397.statusreport(3).docx