\

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN GONZALEZ, | No. 2:14-CV-01397-TLN-CKD P |
| Petitioner, | |
| v. | ORDER |
| DAVID BAUGHMAN, | |
| Respondent. | |

      Petitioner is a California state prisoner proceeding through counsel in this federal habeas corpus action filed pursuant to 28 U.S.C. § 2254.  On May 16, 2019, this case was administratively stayed to allow petitioner to pursue newly available state court remedies concerning his claims for relief.  Since that time, counsel for petitioner has been ordered to submit periodic status reports to the court.  The last status report was filed on December 15, 2022, but it did not include the status of proceedings in the Sacramento County Superior Court nor any copies of any relevant state court orders.  On February 3, 2023, the court ordered counsel for petitioner to submit a supplemental status report concerning the status of any pending state court proceedings as well as a copy of any orders resolving those matters.  ECF No. 40.  No response to the court's order has been filed within the time provided.  Therefore, the court will order counsel for petitioner to show cause why sanctions should not be imposed for failing to comply with a court order.

Accordingly, IT IS HEREBY ORDERED that:

1. Counsel for petitioner shall show cause in writing within 14 days from the date of this order why a supplemental status report was not filed in accordance with the court's February 3, 2023 order.
2. Petitioner is further directed to show cause why the stay of this case should not be lifted and if the pending federal habeas petition has been rendered moot by any relief granted by the California state courts.
3. Petitioner's failure to respond to this order within the time provided will result in a recommendation of sanctions.

Dated: March 14, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/gonz1397.osc.counsel.stay

2